452 A.2d 26

Commonwealth v. Applegate, Appellant.
Petition for Allowance of Appeal
Denied Jan. 17, 1983.

Submitted November 6, 1981. William A. Fitzpatrick, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BECK and LIPEZ, JJ.

Order affirmed.

452 A.2d 26

Commonwealth v. Battles, Appellant.

Submitted June 17, 1982. James A. Villanova, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Order affirmed.